UNITED STATES, Appellee

v

JONATHAN K. WHITE, Private,
U. S. Army, Appellant

19 USCMA 456, 42 CMR 58

No. 22,858

May 22, 1970

*Colonel Daniel T. Ghent, Captain Ira J. Dembrow,* and *Captain Howard L. Kaplus* were on the pleadings for Appellant, Accused.
*Colonel David T. Bryant, Major Edwin P. Wasinger,* and *Captain Edwin L. Gage* were on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

Failure of the law officer to *orally* advise the court-martial on sentence voting procedures requires a setting aside of the sentence in this case. United States v Pryor, 19 USCMA 279, 41 CMR 279 (1970); United States v Sandoval, 19 USCMA 281, 41 CMR 281 (1970); United States v Heaston, 19 USCMA 281, 41 CMR 281 (1970); United States v Matlock, 19 USCMA 282, 41 CMR 282 (1970); and United States v Mora, 19 USCMA 284, 41 CMR 284 (1970).

The decision of the Court of Military Review is therefore set aside as to sentence and the record of trial is returned to the Judge Advocate General of the Army. A rehearing on the sentence may be ordered.

Chief Judge QUINN and Judge FERGUSON concur.